IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00332-MC |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION TO REDUCE SENTENCE** |
| v. | |
| LEA KATHERYN JONES, | |
| Defendant. | |

MCSHANE, United States District Court Judge:

This matter is before the Court on the defendant's unopposed motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, to be followed by five years of supervised release. As a term of supervised release, the Court orders that Ms. Jones shall reside at the Northwest Regional Reentry Center for not more than 180 days. All other terms and conditions of supervised release shall remain in full force and effect.

The Court concludes that the defendant's release pursuant to this order is consistent with any currently applicable U.S. Sentencing Commission policy statements. The Court therefore GRANTS the Unopposed Motion to Reduce Sentence. The Court orders that this order shall go

**PAGE 1.    ORDER GRANTING UNOPPOSED MOTION TO REDUCE SENTENCE**

into effect 10 days after the date of the amended judgment, to allow for placement at, and transportation to, the Northwest Regional Reentry Center.

    IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

    Dated this 2nd day of October, 2023.

                                                s/Michael J. McShane
                                               Hon. Michael J. McShane
                                               United States District Court Judge

Submitted by:

*s/ Jessica G. Snyder*
Jessica Greenlick Snyder
Assistant Federal Public Defender